A complaint statement

# MassAbility

1785 Columbus Ave,6th floor , Roxbury,Massachusetts 02119

PLAINTIFF: MICHAELA TURNER

47 Rock Meadow Drive, Brockton Massachusetts 02301

Defendants: Dr. Richard DeCristofaro(QUINCY COLLEGE)

1250 Hancock Street, Quincy, MA 02169

Quincy District court (Mark S Coven &Jaclyn N Burke):1 Dennis Ryan Pkwy, Quincy, MA 02169

Charges : $75,000.00 For American with a  Disability  Violations  at Quincy College and plus Quincy District Court and plus also interfering with an investigation to be protewcting Meghan and Plus also Elizabeth from it

**Statement** :

On  May 2026:Michaela Turner  She  has  a Concern  about  a possibility  of an over drunk teacher  named  Mr. JAMES  FOX because  to her he was  Experiencing  signs  of  Drunken  behavior

For  Michaela  writing  Assignments  the Teacher have  asked  the  Student to  be  Providing  an  Example  of the  Civil  War  Long term, Short term, Trigger  term  and  plus  also  Michaela  she  has  provided  Everything  that  the  Teacher have a sked  for  and  plus also he  had  Response  to  be saying  That  I Can  not  Understand. Then  on the  last Month  I  have  founded marks on  Michaela Turner  and  plus  also  Multiple  of  Mark  on a  person  with  an  disabilities. He tried  to be Drawing the  Attention away  because  it was  really  odd How

Michaela Turner was informing the entire Class of Predatory Teacher Behavior and plus also she has everyone in her U.S History Class has gained up on her.

The Disability Protections Services Wanted to be Doing an investigation because they have seen Multiple of Red Flags from the Meghan Giovannoni Email and plus also the Entire Class Attacking her and plus also they have asked Meghan Giovannoni to be No longer to be having any Contact with Michaela while the Investigation was going on

The College had put in a No Trespassing Restraining order against Michaela Turner because they wanted to be investigated by the Disability Protection Services.

Then on May 8th 2026,

Michaela she has Went up to the Quincy District Court and plus also went into Small Claims Court and asked for Mediation with the Defendants Meghan Giovannoni and plus also Elizabeth LaForest and Mike Ryan and plus also Michaela she has Brought an invitation to Mediation to Elizabeth LaForest. Plus also Mark S Coven and Jaclyn N Burke Didn't even Bother to be asking Meghan Giovannoni and plus also Elizabeth LaForest is this in Retaliation they just simply approve the Harassment Restraining order and plus also saying that Michaela is an immediate threat to them when it is another way around.

Michaela Turner she is not the o one Dogging the Investigation Meghan Giovannoni and plus also Elizabeth LaForest is Helping them Dogging it and plus also the Quincy District Court is Helping them out by Blocking an investigation and plus also you have Even still helped them out by Placing Michaela Turner Into Custody

And plus also no body had any Funcken Decency to be asking Meghan Giovannoni and plus also Elizabeth LaForest .

That is Not forgivable You have placed a Person with a Disability in fear and Plus also You have caused Her Mom to be almost dead . Her Mom she is On chermotherapy and plus also when you have placed an arrest warrant type: Let Me Make this Funcken clear: Michaela she was Studying Precalcus with Me.

Plus also i am Pressing charges Against You and Plus also the President Of Quincy College  for  Helping the Meghan Govannl and Elizabeth Laforest to be Dancing away From their crimes

Plus also I am removing five thousand student that is Under Massasbility to Massasoit community college or Roxbury community college

**Meghan Giovannoni, VP of Student Success & Partnerships because I don't Trust Meghan Giovanni or Elizabeth Laforest  and especially the Quincy District Court Clerk Magistrate**

**Why do You think there is Know Two Case in Your Court and Plus also did you even Bother to be asking Meghan Giovanni and Plus Elizabeth Laforest  is the Purpose of the HPO Restraining Order.**

**I am asking for a a $75,000.00  Compensation payment for helping Meghan Giovanni and Plus also Elizabeth Laforest to be walking away from their Crimes and Plus also wrongful Imprisionment and Plus also an Arrest warrant.**

**Please Reach out to Me at My email**

**My name is William Anderson ( Advisior  for Massability service /life skills)**

**WilliamsMassgateway2028@Outlook.com**

Michaela Turner
47 Rock meadow Dr
Brockton, MA 02301
Email: turnermichaelaTurner426@gmail.com
Cellphone (508)-562-7682